```
                                              ┌─────────────────────────────────┐
                                              │ USDC SDNY                         │
                                              │ DOCUMENT                          │
                                              │ ELECTRONICALLY FILED              │
                                              │ DOC #: _____             │
                                              │ DATE FILED:   1/4/2023            │
                                              └─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                          Plaintiffs,

          -against-                                          22 Civ. 9114 (AT)

SPARTAN CAPITAL SECURITIES, LLC,                             **ORDER**

                          Defendant.

ANALISA TORRES, District Judge:

On October 26, 2022, the Court ordered the parties to file a joint status letter and proposed case management plan by December 23, 2022. ECF No. 6. On December 23, 2022, Defendant requested to adjourn the deadline to submit a proposed case management plan. ECF No. 10. The Court denied Defendant's request on that date, and ordered the parties to file a joint letter and proposed case management plan by January 3, 2023. ECF No. 11. The Court also ordered Plaintiff to respond to Defendant's request for leave to file a motion to dismiss, ECF No. 10. ECF No. 11.

The parties' submissions are overdue. Accordingly, by **January 9, 2023**, the parties shall file their joint letter and proposed case management plan, and Plaintiff shall respond to Defendant's request for leave to file a motion to dismiss.

SO ORDERED.

Dated: January 4, 2023
       New York, New York

ANALISA TORRES
United States District Judge