```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/5/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                    Plaintiffs,

-against-

SPARTAN CAPITAL SECURITIES, LLC,

                    Defendant.

22 Civ. 9114 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' joint letter and proposed case management plan. ECF Nos. 13–13-1. Defendant states "that discovery should not commence until [its potentially dispositive] motion" is resolved. ECF No. 13-1 at 5. The Court shall not stay discovery pending its decision on any motion.

       Paragraph 10(b) of the parties' proposed case management plan indicates Plaintiff's proposal that the case be referred to the Southern District of New York's Mediation Program. ECF No. 13 ¶ 10(b). The proposed case management plan is a joint submission. The parties are directed to submit a joint proposal for alternative dispute resolution.

       In addition, the parties' proposed deadline for the close of fact discovery exceeds 120 days. The parties are directed to propose a shorter discovery period or, alternatively, explain whether the case presents unique complexities or other exceptional circumstances that warrant a discovery period that exceeds 120 days.

       Accordingly, by **January 9, 2023**, the parties shall submit a revised proposed case management plan.

       SO ORDERED.

Dated: January 5, 2023
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge