UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CEDRIC BISHOP, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

    Plaintiffs,

    v.

SPARTAN CAPITAL SECURITIES, LLC,

    Defendant.

------------------------------------- x

No.: 1:22-cv-9114

**NOTICE OF VOLUNTARY DISMISSAL**

  Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, SPARTAN CAPITAL SECURITIES, LLC, with prejudice and without fees and costs.

Dated: New York, New York
   March 10, 2023

                **GOTTLIEB & ASSOCIATES**

                */s/Michael A. LaBollita, Esq.*

              Michael A. LaBollita, Esq., (ML-9985)
               150 East 18th Street, Suite PHR
                   New York, NY 10003
                   Phone: (212) 228-9795
                     Fax: (212) 982-6284
                 Michael@Gottlieb.legal

                 *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge